## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

SUSAN L. DAVIS,                          )
                                         )
              Plaintiff,                 )
                                         )
       v.                                ) CIVIL ACTION NO. 2:07-CV-880-TFM
                                         )
MICHAEL J. ASTRUE,                       )
COMMISSIONER OF SOCIAL SECURITY,         )
                                         )
              Defendant.                 )

## ORDER ON MOTION

Upon consideration of Defendant's unopposed *Second Motion for Extension of Time to File Brief* (Doc. #17, filed April 4, 2008), it is hereby **ORDERED** that the motion is **GRANTED**, and Defendant may file his brief **on or before May 12, 2008**.

Done this 4th day of April, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE