# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| SUSAN L. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-880-TFM |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

Upon consideration of Defendant's *Motion to Exceed the Court's Page Limit* (Doc. #19, filed May 1, 2008), and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**.

Done this 1st day of May, 2008.

                                                         /s/ Terry F. Moorer
                                                         TERRY F. MOORER
                                                         UNITED STATES MAGISTRATE JUDGE